HB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDWARD A. PHILLIPS, AS LIQUIDATING TRUSTEE FOR
COMMAND ARMS ACCESSORIES, LLC

V.

ELDAD OZ; ME TECHNOLOGY, INC. D/B/A
EMA TACTICAL; TACTICAL ARMS, LTD.
D/B/A CAA TACTICAL

Civil Action
No: _____

FILED
FEB 10 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, __Edward A. Phillips__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

2/9/2010
Date

_____
Signature

Counsel for: Edward A. Phillips, as Liquidating Trustee for Command Arms Accessories, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.



FEB 1 0 2010