IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. PHILLIPS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELDAD OZ, et al. | : | NO. 2:10-cv-00588 |

O R D E R

AND NOW, this 1st day of April 2010, upon consideration of the parties' Joint Motion for Entry of Consent and Acknowledgment of Stipulation and Consent Order (Doc. No. 5), it is hereby ORDERED that the Motion is GRANTED. The Clerk of Court is directed to enter on the docket the Consent and Acknowledgment of Stipulation and Consent Order, as well as the exhibits attached thereto.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.