# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD A. PHILLIPS, AS
LIQUIDATING TRUSTEE
FOR COMMAND ARMS ACCESSORIES, LLC
780 Haunted Lane
Bensalem PA 19020,

                  Plaintiff,

    v.

ELDAD OZ
1208 Branagan Drive
Tullytown, PA 19007

ME TECHNOLOGY, INC. D/B/A
EMA TACTICAL
1208 Branagan Drive
Tullytown, PA 19007

    and

TACTICAL ARMS, LTD. D/B/A
CAA TACTICAL,
P.O. Box 15032
Ashdod 77521, Israel,

                Defendants.

CIV. A. NO. 2:10-cv-00588

## DISCLOSURE STATEMENT FORM

Please check one box:

☒     The nongovernmental corporate party, Tactical Arms, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

{P0092861}

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:


_December 28, 2010_
Date

_Joseph M. Donley_
Signature

Counsel for: *DEFENDANT TACTICAL ARMS, LTD.*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Rule 7.1 DISCLOSURE STATEMENT FORM for Tactical Arms to be served on this 29TH day of December, 2010, upon the following parties via ECF.

Stephen J. Driscoll, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Attorney for Edward A. Phillips,
as Liquidating Trustee for
Command Arms Accessories, LLC

By: _Joseph M. Donley_
Joseph M. Donley