IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. PHILLIPS, AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELDAD OZ, ME TECHNOLOGY, INC. D/B/A EMA TACTICAL, AND TACTICAL ARMS, LTD. D/B/A CAA TACTICAL,<br><br>Defendants. | CIV. A. NO. 2:10-cv-00588 |

## MOTION FOR EXTENSION TO FILE JOINT STATUS REPORT

Plaintiff's counsel is currently involved in what has become an extended trial (Civil Action No. 05-1103) and communication between the parties has been difficult to schedule. Accordingly, plaintiff's counsel requests an extension until January 31, 2011 to submit the Joint Status Report in this matter. Defendants' counsel has consented to this extension.

A proposed Order is attached for the Court's convenience.

Respectfully submitted,

/s/Stephen J. Driscoll
Stephen J. Driscoll, Esquire
PA ID No. 71086
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: 215-972-7872
Facsimile: 215-972-4150
Email: sdriscoll@saul.com

Dated: January 19, 2011

{P0112320}

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Extension to File Joint Status Report has been served this 19th day of January, 2011 via this Court's electronic filing system upon all counsel of record as follows:

> Joseph M. Donley, Esq.
> Thorp Reed & Armstrong
> One Commerce Square
> 2005 Market Street, Suite 1000
> Philadelphia, PA 19103
> jdonley@thorpreed.com

/s/Stephen J. Driscoll

{P0112320}