# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. PHILLIPS, AS<br>LIQUIDATING TRUSTEE<br>FOR COMMAND ARMS ACCESSORIES, LLC<br>780 Haunted Lane<br>Bensalem PA 19020,<br>                Plaintiff,<br>v.<br><br>ELDAD OZ<br>1208 Branagan Drive<br>Tullytown, PA 19007<br><br>ME TECHNOLOGY, INC. D/B/A<br>EMA TACTICAL<br>1208 Branagan Drive<br>Tullytown, PA 19007<br><br>    and<br><br>TACTICAL ARMS, LTD. D/B/A<br>CAA TACTICAL,<br>P.O. Box 15032<br>Ashdod 77521, Israel,<br>                Defendants. | CIV. A. NO. 2:10-cv-588-LDD |

## STIPULATION OF DISMISSAL

Plaintiff Trustee Phillips and Defendants Eldad Oz, EMA Tactical, and Tactical Arms, LTD by their counsel, hereby stipulate that all claims which were raised or which could have been raised in this action are hereby dismissed, with prejudice, as settled, pursuant to a Confidential Release and Settlement Agreement, each party to bear its own costs.

Respectfully submitted,

/Stephen J. Driscoll/
Stephen J. Driscoll, Esquire
PA ID No. 71086
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: 215-972-8562
Facsimile: 215-972-1835
Email: sdriscoll@saul.com

*Counsel for Plaintiff*
*Edward A. Phillips,*
*as Liquidating Trustee for*
*Command Arms Accessories, LLC*


/Joseph Donley/
Joseph Donley, Esquire
PA ID No. 23058
Thorp Reed & Armstrong, LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
Telephone: 215-640-8500
Facsimile: 215-640-8501
Email: jdonley@thorpreed.com

*Counsel for Defendants*
*Eldad Oz,*
*ME Technology, Inc., and*
*Tactical Arms, LTD*